**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1442**

WILLIAM C. MITCHELL,

                Plaintiff - Appellant,

        v.

AL CANNON, Sheriff, personally and in his official capacity;
CHARLESTON COUNTY SHERIFF DEPARTMENT; STEPHEN C. GATES,
Deputy, personally; TIMOTHY RICHARD BRANHAM, personally;
CYPRESS RECOVERY,

                Defendants – Appellees,

        and

CHAD W. ROOD, Deputy,

                Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (2:07-cv-03259-PMD)

Submitted:  January 26, 2010        Decided:  February 22, 2010

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William C. Mitchell, Appellant Pro Se. Robin Lilley Jackson,
SENN, MCDONALD & LEINBACK, LLC, Charleston, South Carolina;

James Chaplin Cox, III, GRIER LAW FIRM, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William C. Mitchell appeals the district court's order accepting the recommendation of the magistrate judge, granting the defendants summary judgment, and dismissing Mitchell's action with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mitchell v. Cannon, No. 2:07-cv-03259-PMD (D.S.C. Apr. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3